AET 2022R00260
JTM 07.12.22

\_\_\_\_FILED\_\_\_\_ ENTERED
\_\_\_\_LOGGED\_\_\_\_ RECEIVED

JUL 27 2022

AT BALTIMORE
CLERK, U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY _____ DEPUTY

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| | * | CRIMINAL NO. CBA 22cr265 |
| v. | * | |
| | * | (Taking Migratory Birds by Aid of Bait, 16 U.S.C. § 704(b)(2); Taking Migratory Birds with Aid of Live Decoys, 16 U.S.C. § 703, 50 C.F.R. 20.21(f); Aiding and Abetting, 18 U.S.C. § 2) |
| THOMAS EDWARD KLAMP, | * | |
| | * | |
| Defendant | * | |
| | * | |

\*\*\*\*\*\*

## INFORMATION

### COUNT ONE
(Taking Migratory Birds by Aid of Bait)

The United States Attorney for the District of Maryland charges that:

From at least on or about December 20, 2021, in the District of Maryland, the defendant,

**THOMAS EDWARD KLAMP**

did knowingly and willfully place and direct the placement of bait on and adjacent to an area for the purpose of causing, inducing, and allowing any person to take or attempt to take any migratory game bird by the aid of baiting on or over the baited area.

16 U.S.C. 704(b)(2)
18 U.S.C. § 2

## COUNT TWO
(Taking Migratory Birds by Aid of Live Decoys)

The United States Attorney for the District of Maryland charges that:

From at least on or about December 20, 2021, in the District of Maryland, the defendant,

**THOMAS EDWARD KLAMP**

did knowingly and willfully take migratory waterfowl on an area where tame and captive live ducks and geese were present.

16 U.S.C. 703
50 C.F.R. 20.21(f)
18 U.S.C. § 2

*Erek Barron / AET*
Erek L. Barron
United States Attorney

July 27, 2022